Victorine Angwe TEKE, Petitioner

v.

Alberto R. GONZALES, U S Attorney General, Respondent.

No. 04–60454.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 30, 2005.

Victorine Angwe Teke, Houston, TX, pro se.

Thomas Ward Hussey, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Hipolito Acosta, U.S. Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that respondent's motion for summary affirmance is GRANTED.

IT IS FURTHER ORDERED that respondent's alternative motion for an extension of thirty-five (35) days after disposition of motion for summary affirmance in which to file a brief is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

